IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN VOGEL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**PNS STORES, INC., et al.,**<br><br>　　　　　　　　　　Defendants. | 1:16-cv-00204 DAD MJS<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR THE PARTIES' FAILURE TO FILE DISPOSITIVE DOCUMENTS** |

　　　　On February 12, 2016, Plaintiff filed the instant action under the American with Disabilities Act with this Court. (Compl., ECF No. 1.) At the November 17, 2016 Scheduling Conference, the parties notified the Court that they had agreed to settle the matter in its entirety. (ECF No. 19.) On November 21, 2016, the Court issued a minute order requiring the parties to file dispositive documents within 60 days of issuance of the order. (Order, ECF No. 20.) Over 60 days have passed and neither party has filed documents or requested an extension of time.

　　　　Local Rule 110 reads:

> Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and

1

all sanctions authorized by statute or Rule or within the inherent power of the Court.

The parties' failure to take required action in the matter wastes judicial resources.

Accordingly the parties are hereby ORDERED to show cause why monetary or terminating sanctions should not be issued for failure to prosecute and failure to comply with the orders of this Court. The parties are ORDERED to file responses on or before March 13, 2017.

IT IS SO ORDERED.

Dated:   February 27, 2017           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2