1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        EASTERN DISTRICT OF CALIFORNIA
8
9   MARTIN VOGEL,                            Case No.  1:16-cv-00204-DAD-MJS
10               Plaintiffs,                 **SECOND ORDER REQUIRING PLAINTIFF
                                             TO SHOW CAUSE WHY SANCTIONS
11      v.                                   SHOULD NOT BE IMPOSED FOR FAILURE
                                             TO FILE DISPOSITIONAL DOCUMENTS**
12  PNS STORES, INC., et al.,
                                             **(ECF NO. 20)**
13               Defendants.
                                             **Show Cause Hearing:**  May 19, 2017 at 9:30
14                                           a.m. in Courtroom 6 (MJS)
15
16
17
18          On November 17, 2016, the parties appeared before the Court for a scheduling
19  conference and advised that they had reached agreement to settle the matter in its
20  entirety. (See ECF Nos. 19, 20.) The parties were ordered to submit dispositional
    documents within sixty days. (Id.) The sixty day deadline passed without the parties
21
    submitting said documents or seeking an extension of time to do so. Accordingly, on
22
    February 28, 2017, the Court ordered the parties to show cause, within fourteen days,
23
    why sanctions should not be imposed. (ECF No. 21.) The parties did not respond to the
24
    order to show cause. Dispositional documents were not filed. On March 15, 2017, the
25
    Court imposed monetary sanctions on the parties for failing to comply with the Court's
26
    orders. (ECF No. 22.) The sanctions were paid, but dispositional documents remain un
27
    filed.
28

This matter remains pending before this Court despite representations by counsel for Defendant PNS Stores, Inc., that the parties have executed the release and settlement agreement and PNS Stores, Inc. has complied with the terms of the agreement. Thus, it appears that the failure to file dispositional documents rests with Plaintiff's counsel.

Accordingly, it is HEREBY ORDERED that Plaintiff's counsel shall appear in person for a show cause hearing on May 19, 2017 at 9:30 a.m. in Courtroom 6 (MJS) to address why further sanctions, to include terminating sanctions and additional monetary sanctions, should not be imposed for Plaintiff's failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   April 20, 2017       /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE